IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00355-BNB

JONATHAN LEE RICHES d/b/a/ HARRY MARKOPOLOS,

    Plaintiff,

v.

THE CONSUMER PRODUCT SAFETY IMPROVEMENT ACT,
CONSUMER PRODUCT SAFETY COMMISSION,
NANCY NORD,
THOMAS MOORE,
TOY INDUSTRY ASSOCIATION,
CARTER KEITHLEY,
NATIONAL ASSOCIATION OF MANUFACTURES [sic],
INTERNATIONAL COUNCIL OF SHOPPING CENTERS (ICSC),
CONSUMER ELECTRONICS SHOW,
NATIONAL RETAIL FEDERATION,
MATTEL,
HASBRO d/b/a HASBRO.COM,
LEGO d/b/a LEGO.COM,
MARVEL COMICS ENTERTAINMENT,
PROCTER & GAMBLE,
CIRCUIT CITY,
WALT DISNEY CO.,
BLACK & DECKER,
BEST BUY,
JOHNSON & JOHNSON,
NICKELODEON,
AMAZON.COM
FISHER PRICE,
FAO SWARTZ [sic],
COLGATE,
PALMOLIVE,
ENERGIZER,
TOYS FOR TOTS,
MOTOROLA,
KB TOY STORE,
TOYS R US,
FAMILY DOLLAR, and
CONSUMER REPORTS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 3 2009

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Jonathan Lee Riches, doing business as Harry Markopolos, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution - Williamsburg in Salter, South Carolina. He submitted to the Court *pro se* a combination complaint and motion titled "Preliminary Injunction, Temporary Restraining Order, TRO, 42 U.S.C. 1983, Civil Rights Violations."

The Court reviewed the document and determined it was deficient. Therefore, in an order filed on February 20, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Riches to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The February 20, 2009, order pointed out that Mr. Riches failed to submit either the $350.00 filing fee or to file on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Riches failed to submit on the proper, Court-approved form a Prisoner Complaint that is separate from the motion for a preliminary injunction and a temporary restraining order. The order warned Mr. Riches that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. Mr. Riches has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motion for a preliminary injunction and a temporary restraining order is denied as moot.

DATED at Denver, Colorado, this _2_ day of _____April_____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00355-BNB

Jonathan Lee Riches
d/b/a Harry Markopolos
Reg. No. 40948-018
FCI - Williamsburg
PO Box 340
Salters, SC 29590

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/3/09

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk