IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00355-ZLW

JONATHAN LEE RICHES d/b/a/ HARRY MARKOPOLOS,

    Plaintiff,

v.

THE CONSUMER PRODUCT SAFETY IMPROVEMENT ACT,
CONSUMER PRODUCT SAFETY COMMISSION,
NANCY NORD,
THOMAS MOORE,
TOY INDUSTRY ASSOCIATION,
CARTER KEITHLEY,
NATIONAL ASSOCIATION OF MANUFACTURES [sic],
INTERNATIONAL COUNCIL OF SHOPPING CENTERS (ICSC),
CONSUMER ELECTRONICS SHOW,
NATIONAL RETAIL FEDERATION,
MATTEL,
HASBRO d/b/a HASBRO.COM,
LEGO d/b/a LEGO.COM,
MARVEL COMICS ENTERTAINMENT,
PROCTER & GAMBLE,
CIRCUIT CITY,
WALT DISNEY CO.,
BLACK & DECKER,
BEST BUY,
JOHNSON & JOHNSON,
NICKELODEON,
AMAZON.COM
FISHER PRICE,
FAO SWARTZ [sic],
COLGATE,
PALMOLIVE,
ENERGIZER,
TOYS FOR TOTS,
MOTOROLA,
KB TOY STORE,
TOYS R US,
FAMILY DOLLAR, and
CONSUMER REPORTS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -3 2009

GREGORY C. LANGHAM
                CLERK

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita L. Weinshienk, Senior Judge, on _April 3_, 2009, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this _3rd_ day of _April_, 2009.

FOR THE COURT,

GREGORY C. LANGHAM, Clerk

By: _____
Deputy Clerk